[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 23, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-13140

_____

D. C. Docket No. 04-14009-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY RAY DARNALL,
a.k.a. Timothy Ray Darnell,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 23, 2005)**

Before TJOFLAT  and BARKETT, Circuit Judges, and FULLER[*], Chief District
Judge.

_____

[*]Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of
Alabama, sitting by designation.

PER CURIAM:

Having reviewed the briefs and considered argument of counsel, we find no error as to Appellant's conviction or sentence. See United States v. Lebovitz, 401 F.3d 1263 (11th Cir. 2005); United States v. Rodriguez, 398 F.3d 1291 (11th Cir. 2005); United States v. Murrell, 368 F.3d 1283 (11th Cir. 2004). Accordingly, the conviction and sentence are **affirmed.**